United States District Court
Southern District of Texas
FILED

NOV 0 3 2008  **3B**

Michael N. Milby, Clerk
Laredo Division

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

UNITED STATES OF AMERICA

V.   Case No. 5:08-CR-226-02

CIRO CAUCEDO-OBANDO,

DEFENDANT

### ORDER ON DEFENDANT CIRO CAUCEDO-OBANDO'S ACCEPTANCE OF RESPONSIBILITY

The Defendant CIRO CAUCEDO-OBANDO's Acceptance of Responsibility is hereby:

_____  ACCEPTED

✓_____  REJECTED

Signed in LAREDO, Texas on this the \_\_\_\_\_ day of _____, 2008.

_____
United States District Judge

Page 3 of 3

Case 5-08-cr-00226-2   Document 128   Filed in TXSD on 11/02/2008   Page 3 of 3
NOV-02-2008 16:53   From:HOLIDAY INN EXPRESS   To:18325494835   Page:3/3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

UNITED STATES OF AMERICA

V.                                                          Case No. 5:08-CR-226-02

CIRO CAUCEDO-OBANDO,

DEFENDANT

## DEFENDANT, CIRO CAUCEDO-OBANDO'S ACCEPTANCE OF RESPONSIBILITY

TO THE HONORABLE JUDGE MICAELA ALVAREZ:

The Defendant, in the above styled and numbered cause, CIRO CAUCEDO-OBANDO, hereby moves this cause to accept his full acceptance of responsibility for his involvement in the offence for which he has been convicted and grant him a 2 level reduction pursuant to section §3E1.1 of the Federal Sentencing Guideline.

In support, CIRO CAUCEDO-OBANDO show that:

I.

CIRO CAUCEDO-OBANDO timely entered a guilty plea prior to commencement of trial, thereby permitting the government and the court to allocate time and resources effectively.

II.

CIRO CAUCEDO-OBANDO truthfully admits the conduct comprising the offense of his conviction and also admits to any relevant conduct for which he is accountable for as stated in the Pre-sentence report.

CIRO CAUCEDO-OBANDO prays that the Court accepts his acceptance of responsibility

Page 1 of 3

[Upside-down fax header from previous day's filing: Case 5:08-cr-00226-2 Document 128 Filed in TXSD on 11/02/2008 Page 1 of 3; NOV-02-2008 16:52 From: HOLIDAY INN EXPRESS To: 18325494835 Page: 1/3]

and grant him a 2 level reduction.

Respectfully Submitted,
OSAGIEDE LAW FIRM
1020 Washington Drive, suite D
Laredo, Texas 78040
Telephone: (956) 728-1999
Fax: (956) 728-1997

_____
GLADYS OSAGIEDE
Texas State Bar Number: 24010827
Federal ID# 27006
Attorney for the Defendant,
CIRO CAUCEDO-OBANDO

_____
CIRO CAUCEDO-OBANDO, The Defendant
11-02-2008
Date: _____

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the Defendant CIRO CAUCEDO-OBANDO's Acceptance of Responsibility was electronically delivered to all parties of interest on the 2nd day of November, 2008.

_____
GLADYS OSAGIEDE
Attorney At law

Page 2 of 3