# IN THE UNITED STATES DISTRICT COURT

United States District Court
Southern District of Texas
FILED

NOV 1 2 2009

CLERK OF COURT
LAREDO DIVISION

## MOTION UNDER 28 U.S.C. SECTION 2255,
## TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A
## <u>PERSON IN FEDERAL CUSTODY</u>

UNITED STATES OF AMERICA

<u>F.C.I. Big Spring</u>

PLACE OF CONFINEMENT

<u>82561-179</u>

PRISONER ID NUMBER

VS.

<u>CIRO CAICEDO_OBANDO</u>

MOVANT (Full name of movant)

5:08CR00226-002 / 5:09 cv 119

CRIMINAL CASE NUMBER

(If movant has a sentence to be served in the <u>future</u> under a federal judgment which he wishes to attack, he should file a motion in the federal court which entered the judgment.)

## <u>INSTRUCTIONS - READ CAREFULLY</u>

1.  This motion must be legibly handwritten or typewritten, and signed by the movant under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

2.  Additional pages are not permitted except with respect to the <u>facts</u> which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

3.  Upon receipt, your motion will be filed if it is in proper order. No fee is required with this motion.

4.  If you do not have the necessary funds for transcripts, counsel, appeal, and other costs connected with a motion of this type, you may request permission to proceed *in forma pauperis*, in which event you must execute the declaration provided with this motion, setting forth information establishing your inability to prepay the fees and costs or give security therefor. If you wish to proceed *in forma pauperis*, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

5.  Only judgments entered by one court may be challenged in a single motion. If you seek to challenge judgments entered by different judges or divisions either in the same district or in different districts, you must file separate motions as to each such judgement.

6.  Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the motion you file seeking relief from any judgment of conviction.

7.  When the motion is fully completed, the original and two copies must be mailed to the Clerk of the United States District Court for the Southern Dist. TX at the appropriate divisional office whose address is: 319 Federal Bldg.
    1300 Victoria St.
    Laredo, TX 78040

8.  Motions which do not conform to these instructions will be returned with a notation as to the deficiency.

CONTINUED ON NEXT PAGE

## MOTION

1. Name and location of court which entered the judgment of conviction under attack:
   **U. S. District Court, Southern District Texas, 319 Federal Bldg. 1300 Victoria St., Laredo, TX 78040**

2. Date of judgment of conviction: **November 3, 2008**

3. Length of sentence: **262 months**

4. Nature of offense involved (all counts):
   **Conspiracy to possess with intent to distribute in excess five kilograms of cocaine**

5. What was your plea? (Check one)

   ☐ Not Guilty     ☒ Guilty     ☐ Nolo contendere

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. Kind of trial: (Check one)     ☐ Jury     ☒ Judge Only

7. Did you testify at the trial?     ☐ Yes     ☒ No

8. Did you appeal from the judgment of conviction?     ☐ Yes     ☒ No

9. If you did appeal, answer the following:

   Name of Court: _____

   Result: _____

   Date of result: _____

- 3 -                          CONTINUED ON NEXT PAGE

10.    Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?

☐ Yes        ☒ No

11.    If your answer to 10 was "Yes" give the following information:

Name of Court: _____

Nature of proceeding: _____

_____

Grounds raised: _____

_____

_____

Did you receive an evidentiary hearing on your petition, application or motion?

☐ Yes        ☒ No

Result: _____

Date of Result: _____

As to any *second* petition, application or motion, give the same information:

Name of Court: _____

Nature of proceeding: _____

_____

Grounds raised: _____

_____

_____

Did you receive an evidentiary hearing on your petition, application or motion?

☐ Yes        ☒ No

- 4 -                                    CONTINUED ON NEXT PAGE

Result: _____

Date of Result: _____

As to any *third* petition, application or motion, give the same information:

Name of Court: _____

Nature of proceeding: _____

_____

Grounds raised: _____

_____

_____

Did you receive an evidentiary hearing on your petition, application or motion?

☐ Yes          ☐ No

Result: _____

Date of Result: _____

Did you appeal to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion.

First petition, etc.          ☐ Yes          ☐ No

Second petition, etc.          ☐ Yes          ☐ No

Third petition, etc.          ☐ Yes          ☐ No

If you did <u>not</u> appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

CONTINUED ON NEXT PAGE

12.   State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

   **CAUTION:** If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, you should raise in this petition all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

DO NOT CHECK ANY OF THESE LISTED GROUNDS. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a)   Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b)   Conviction obtained by use of coerced confession.

(c)   Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d)   Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e)   Conviction obtained by a violation of the privilege against self-incrimination.

(f)   Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g)   Conviction obtained by a violation of the protection against double jeopardy.

(h)   Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.

(i)   Denial of effective assistance of counsel.

(j)   Denial of right to appeal.

CONTINUED ON NEXT PAGE

A.    Ground One: Conviction obtained by plea of guilty without understanding of the nature of the charge and the consequences of the plea.

Supporting FACTS (tell your story briefly without citing cases or law):

Upon my initial incarceration, I gave my complete trust to the appointed attorney. He told me verbally that I would only get five (5) years. Then another attorney was assigned. Before I could communicate with her I was transferred from Houston to Laredo. Several months later I was brought before the Judge, who asked me a question in English
                        see attached

B.    Ground Two: Denial of effective assistance of counsel.

Supporting FACTS (tell your story briefly without citing cases or law):

The first assigned attorney did not follow through with the initial verbal agreement.  The second assigned did not insure a correct response to the Judges question by having the question translated to Spanish before advising my answer.  Then the attorney advised me to sign a plea agreement in English without having it translated to Spanish and explaining it to me. The same attorney has refused to cooperate with requests for information and court documents.

C.    Ground Three: _____

Supporting FACTS (tell your story briefly without citing cases or law):

- 7 -                                CONTINUED ON NEXT PAGE

Attachment Motion Under 28 USC § 2255
Ciro Caicedo-Olando 82561-179


12.A. Supporting FACTS: that I did not understand, but being nervous I
answered "Yes", I still do not know what that
question was. All I know is that I went from
60 months to 262 months. Then I signed a plea
agreement in English without it be translated
to Spanish or explained under the advice of
counsel.  It was sometime after signing that
paper, that I learned that I signed for 262 months.
So, I concluded that it must have been my answer
to the Judge that changed things.

_____

_____

D.   Ground Four: _____

_____

Supporting FACTS (tell your story briefly without citing cases or law):

_____

_____

_____

_____

_____

_____

_____

13.   If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them:

No grounds were previously presented this is my first filing. I did not have any assistance or knowledge to file before.

_____

_____

14.   Do you have any petition or appeal now pending in any court as to the judgment under attack?

☐ Yes        ☒ No

15.   Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a)   At preliminary hearing:   I do not remember

_____

- 8 -                          CONTINUED ON NEXT PAGE

(b)   At arraignment and plea:   I do not remember having this
type of court setting.

(c)   At trial:   I did not have a trial

(d)   At sentencing:   Gladys Osazee Osagiede

(e)   On appeal:   N/A

(f)   In any post-conviction proceeding:   N/A

(g)   On appeal from any adverse ruling in a post-conviction proceeding:
N/A

16.   Were you sentenced on more than one count of an indictment, or on more than one
indictment, in the same court and at approximately the same time?

☐ Yes      ☒ No

17.   Do you have any future sentence to serve after you complete the sentence imposed by the
judgment under attack?

☐ Yes      ☒ No

CONTINUED ON NEXT PAGE

(a)    If so, give name and location of court which imposed sentence to be served in the future:

_____

_____

(b)    And give date and length of sentence to be served in the future:

_____

_____

(c)    Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

☐ Yes        ☐ No

Wherefore, movant prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

_____
Firm Name

_____
Address

_____
City, State & Zip Code

_____
Telephone (including area code)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on __November 4, 2009_____ (date).

_Ciro Caicedo O_
Signature of Movant



U.S. POSTAGE
PAID
BIG SPRING.TX
79720
NOV 09. 09
AMOUNT
$0.00
00090607-02

78040
1000

UNITED STATES POSTAL SERVICE

CIRO CAICEDO-ORANDO
82561-179 SR R3
FEDERAL CORRECTIONAL INSTITUTION
1900 SIMLER AVE.
BIG SPRING, TEXAS 79720



United States District Court
Southern District of Texas
FILED

NOV 1 2 2009

CLERK OF COURT
LAREDO DIVISION

DMG

CLERK OF THE U.S. DIST. COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
319 FEDERAL BUILDING
1300 VICTORIA ST.
LAREDO, TEXAS 78040